# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRI RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PRIME NOW LLC; and DOES 1 through 50, inclusive;<br><br>　　　　Defendants. | Case No. 2:23-cv-7953 SVW-PD<br><br>Assigned to: Hon. Stephen V. Wilson<br>　　　　　　　U.S. District Judge<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Parties' Joint Stipulation of Dismissal with Prejudice and Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), this action, including the operative complaint and all causes of action alleged as to any party therein, is hereby dismissed with prejudice, with each party to bear her or its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: April 10, 2024

_____
Hon. Stephen V. Wilson
United States District Judge

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE